IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**WILBERT MAYLE,**

    **Petitioner,**

**v.** // **CIVIL ACTION NO. 1:10CV63**
    **(Judge Keeley)**

**WEST VIRGINIA PAROLE BOARD,**

    **Respondent.**

**ORDER ADOPTING REPORT AND RECOMMENDATION [DKT. NO. 18] AND DENYING AS MOOT PETITIONER'S APPLICATIONS TO PROCEED _IN FORMA PAUPERIS_ [DKT. NOS. 2, 14]**

On June 10, 2010, the Honorable John S. Kaull, United States Magistrate Judge ("Magistrate Judge Kaull"), issued a Report and Recommendation ("R&R") recommending that the pro se petitioner, Wilbert Mayle's ("Mayle"), applications to proceed in forma pauperis be denied, and that Mayle be directed to pay the filing fee of $5.00. On June 30, 2010, Mayle paid this fee.

The Court, therefore, **ADOPTS** the R&R in its entirety (dkt. no. 18), and **DENIES AS MOOT** Mayle's applications to proceed in forma pauperis (dkt. nos. 2, 14).

It is so **ORDERED**.

The Court directs the Clerk to transmit a copy of this Order to counsel of record, and to mail a copy to the pro se petitioner, certified mail, return receipt requested.

Dated: July 8, 2010.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE